IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Harold S. Mosley, #137525,                )
a/k/a Shango Damballah,                    )
                                           )        C.A. No. 2:05-1281-HMH-RSC
                      Plaintiff,           )
                                           )
            vs.                            )        **OPINION AND ORDER**
                                           )
Eddie O'Cain; Sergeant NFN Pearson;        )
Sergeant NFN Hodges; B. Durant;            )
Officer J. Sharp; Director Jon Ozmint;     )
and South Carolina Department of           )
Corrections,                               )
                                           )
                      Defendants.          )

        This matter is before the court for review of the Report and Recommendation of United

States Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b)(1) and

Local Civil Rule 73.02 for the District of South Carolina.

        The Magistrate Judge makes only a recommendation to this court. The recommenda-

tion has no presumptive weight. The responsibility to make a final determination remains with

this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with

making a de novo determination of those portions of the Report and Recommendation to

which specific objection is made, and the court may accept, reject, or modify, in whole or in

part, the recommendation of the Magistrate Judge or recommit the matter with instructions.

See 28 U.S.C. § 636(b)(1) (2006).

        The Plaintiff filed no objections to the Report and Recommendation. In the absence of

objections to the Report and Recommendation of the Magistrate Judge, this court is not required

1

to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Carr's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that the complaint is dismissed for failure to prosecute.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
December 5, 2007